Yolanda A. Slaughter (State Bar No. 202610)
LAW OFFICES OF YOLANDA A. SLAUGHTER
5723 Melrose Avenue, Suite 250
Los Angeles, California 90038
Telephone:   (424) 201-3679
Facsimile:    (323) 962-3668

Attorney for MESRIANI & ASSOCIATES
And RODNEY MESRIANI

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| KETAB CORP., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MESRIANI & ASSOCIATES, PC. Aka MESRIANI LAW GROUP, a California Corporation, RODNEY MESRIANI, an individual, SEYED ALI LIMONADI, aka ALI LIMONADI, an individual; STUDIO CINEGRAPHIC LOS ANGELES, dba IRTV; MELLI YELLOW PAGES, INC., and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:14-cv-07241-RSWL (MRW)<br><br>**NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES**<br><br>Hon. Ronald S. W. Lew<br><br>Date:   October 13, 2015<br>Time: 10:00 a.m.<br>Place: Courtroom 21, 5th Floor |

**NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES**

**TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD: PLEASE TAKE NOTICE** that on October 13, 2015, at 10:00 a.m., or as soon thereafter as the matter may be heard in Courtroom 21 of the United States District Court, located at 312 North Spring St., Los Angeles, CA, before Hon. Ronald S. W. Lew, Defendants Mesriani & Associates aka Mesriani Law Group and Rodney Mesriani, (collectively, "Mesriani Law Defendants"), will, and hereby does, move for an order awarding Mesriani Law Defendants their attorneys' fees as a prevailing party under the Lanham Act, 15 U.S.C. § 1117(a).

This Motion is based on this Notice of Motion; Mesriani Law Defendants' Memorandum of Points and Authorities, the Court file; any reply Mesriani Law Defendants' may make; and any further argument as may be presented to the Court prior to or at the hearing on this motion, or subsequent thereto as permitted by the Court. This motion is made following conference of counsel pursuant to Local Rule 7-3 which began on September 1, 2015 and continued on September 4, 2015.

Respectfully submitted,

Dated: September 9, 2015 _   LAW OFFICES OF YOLANDA A. SLAUGHTER

By:   /s/ Yolanda A. Slaughter

Yolanda A. Slaughter
Attorney for Defendants Mesriani & Associates aka Mesriani Law Group and Rodney Mesriani