1 | Yolanda A. Slaughter (State Bar No. 202610)
LAW OFFICES OF YOLANDA A. SLAUGHTER
2 | 5723 Melrose Avenue, Suite 250
Los Angeles, California 90038
3 | Telephone: (424) 201-3679
Facsimile: (323) 962-3668
4
5 | Attorney for MESRIANI & ASSOCIATIES
and RODNEY MESRIANI

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KETAB CORP., a California Corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MESRIANI & ASSOCIATES, PC, AKA MESRIANI LAW GROUP, a California Corporation, RODNEY MESRIANI, an individual, SEYED ALI LIMONADI, aka ALI LIMONADI, an individual; STUDIO CINEGRAPHIC LOS ANGELES, dba IRTV; MELLI YELLOW PAGES, INC., and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:14-cv-07241-RSWL (MRW)<br><br>**DECLARATION OF YOLANDA A. SLAUGHTER IN SUPPORT OF MESRIANI LAW DEFENDANTS' MOTION FOR ATTORNEYS' FEES**<br><br>Hon. Ronald S. W. Lew<br><br>Date: October 13, 2015<br>Time: 10:00 a.m.<br>Place: Courtroom 21, 5th Floor |

## DECLARATION OF YOLANDA A. SLAUGHTER

I, Yolanda A. Slaughter, declare as follows.

1. I am an attorney duly licensed to practice in all of the State Courts in the State of California, and the United States District Court Central District of California and was one of the attorneys of record for Defendants Mesriani & Associates dba Mesriani Law Group and Rodney Mesriani (Mesriani Law Defendants) in the above captioned matter. I was one of the attorneys responsible for defending against Plaintiff Ketab Corp.'s claims against the Mesriani Law Defendants.

2. I am the principal of the Law Offices of Yolanda A. Slaughter. I have personal knowledge of the facts set forth herein, and, if called upon as a witness, would and could competently testify thereto.

3. I make this Declaration in support of Mesriani Law Defendants' Notice of Motion and Motion for Attorneys' fees.

4. I am a member of the State Bar of California in good standing. I have been practicing law for over 15 years. I have successfully defended cases through trial in the Central District of California.

5. As the principal of my law office, I am familiar with the billing rates charged and maintain contemporaneous time records reflecting the time spent on this matter. I am the attorney at my law office that held the responsibility for the day-to-day operations with respect to this case.

6. All of the fees for which reimbursement is sought are based on records maintained by my law office in its normal course of business. I have reviewed the time records recorded in this matter in my capacity as the principle of my law office and the attorney responsible for the case management of this matter.

7. Based on my experience in practicing in Southern California, including Los Angeles County, and my familiarity with the attorneys billing rates in the community, the fees that were maintained by me and incurred for which Mesriani Law Defendants

now seek reimbursement are appropriate and reasonable, and well within the prevailing rates in the Los Angeles County area for cases of this type and complexity during the relevant time period.

8.   My standard hourly rate was discounted in this matter from $450.00 to $350 per hour. The discounted hourly rate of $350 used in this case, which was used for purposes of calculating lodestar, is significantly less than hourly rates charged by attorneys who litigate intellectual property cases.

9.   During the course of this litigation I expended 65.2 hours, which at my standard hourly rate of $450 would have been billed at $ 29,340.00  At the discounted hourly rate of $350 this amount of time has been billed at $22,820.00, a reduction of $6,520.00. All of the hours expended, and all of the hours billed, were necessary and the time spent was reasonable. The Court reviewed the work we presented in our motion to dismiss plaintiff's first amended complaint and motion to dismiss plaintiff's second amended complaint and granted both motions. In addition, some of the fees incurred in this case related to plaintiff's motion for reconsideration and plaintiff's motion for leave to amend which we successfully opposed.

10.   Attached hereto as Exhibit A is a true and correct copy of my law office's invoices with detailed time entries for work performed in this matter, with some entries being redacted relating to privileged communications and confidential information.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Los Angeles, California on this 9th day of September, 2015.

_____
Yolanda A. Slaughter, Declarant

3
DECLARATION OF YOLADA A. SLAUGHTER IN SUPPORT OF
MOTION FOR ATTORNEYS' FEES

**EXHIBIT A**

**TIMEKEEPER RECORDS for YOLANDA A. SLAUGHTER**
Ketab v. Mesriani & Associates (Mesriani Law Group); Case No. 2:14-cv-07241-RSWL

| DATE | Description of Services | Hour(s) |
|---|---|---|
| 02/08/15 | receipt and review of file; determine case status; Determine applicable deadlines. | 3.4 |
| 02/17/15 | receipt and review of joint rule 26f discovery plan | .3 |
| 02/19/15 | receipt and review of order taking scheduling conference off calendar | .1 |
| 02/20/15 | receipt and review of scheduling order; calendar all respective deadlines | 1.0 |
| 02/20/15 | receipt and review of court order re: ADR procedure | .1 |
| 02/27/15 | receipt and review of plaintiff's first amended complaint; evaluate and determine issues and arguments re: motion to dismiss First Amended Complaint; prepare notes re: same | 1.7 |
| 03/02/15 | receipt and review of court notice of filer deficiencies Re: docket numbers 48 and 49 | .2 |
| 03/04/15 | Receipt and review of court order re striking Plaintiff's first amended complaint at docket number 48, and deeming first amended complaint at docket, 54 to be the operative complaint; prepare notes to file re: same | .3 |
| 03/08/15 | Prepare Defendants Notice of Motion to Dismiss First Amended Complaint (FAC); Begin preparing Memorandum of points and authorities in support Of motion to dismiss FAC | 4.8 |
| 03/09/15 | continue preparing Memorandum of points and authorities in support of motion to dismiss FAC | 4.9 |
| 03/10/15 | Finalize motion to dismiss FAC; prepare declaration of YAS in support of motion to Dismiss FAC; prepare request for judicial notice In support of motion to dismiss FAC; prepare notice of Manual filing or lodging in support of motion to dismiss FAC | 7.8 |

| DATE | Description of Services | Hour(s) |
|---|---|---|
| 03/14/15 | receipt and review of Plaintiff's motion for reconsideration re Order granting Mesriani Law Defendants' Motion to Dismiss Docket #42.; evaluate and determine issues re: same; Begin preparing opposition to Plaintiff's motion for reconsideration | 4.6 |
| 03/15/15 | continue preparing and finalizing defendants opposition to plaintiff's motion for reconsideration. | 3.4 |
| 03/27/15 | Receipt and review of plaintiff's notice of motion and motion for leave to amend the first amended complaint and supporting motion related documents; evaluate and determine issues re: same; Prepare Defendants' opposition to Plaintiff's motion for leave to amend and declaration of YAS. | 5.8 |
| 04/02/15 | receipt and review of plaintiff's ex parte application for relief from mistake and permission to file opposition to motion to dismiss FAC; evaluate and determine issues re: same; prepare defendants opposition to plaintiff's ex parte application for relief from mistake and permission to file ex parte opposition to motion to dismiss. | 4.2 |
| 04/06/15 | receipt and review of plaintiff's reply brief in support of ex parte application for relief from mistake and permission to file opposition to motion to dismiss; evaluate and determine issues raised same. | .5 |
| 04/07/15 | receipt and review of court order re plaintiff's ex parte application for relief from mistake and permission to file tardy opposition to motion to dismiss FAC | .2 |
| 05/05/15 | receipt and review of court order denying plaintiff's motion for reconsideration re: order on motion to dismiss at docket #42. | .3 |
| 05/05/15 | receipt and review of court order granting Mesriani Law Defendants' motion to dismiss FAC and order on Plaintiff's Motion for leave to amend FAC; telephone conference with Client re: same. | 1.0 |

| DATE | Description of Services | Hour(s) |
|---|---|---|
| 05/22/15 | receipt and review of plaintiff's second amended Complaint (SAC); evaluate and determine issues Re: motion to dismiss SAC. | 1.0 |
| 05/25/15 | Prepare Defendants notice of motion to dismiss second Amended complaint (SAC); Began preparing defendants Memorandum of points and authorities in support of motion to dismiss SAC. | 4.6 |
| 05/26/15 | continue preparing memorandum of points and authorities in support of motion to dismiss SAC; prepare request to take judicial notice in support of motion to dismiss SAC; prepare proposed order, Ray motion to dismiss second amended complaint; prepare notice of manual filing or lodging in support of motion to dismiss SAC; prepare declaration of YAS in support of motion to dismiss SAC. | 6.2 |
| 06/16/15 | receipt and review of plaintiff's opposition to defendants motion to dismiss second amended complaint; declaration of plaintiff's counsel and all supporting exhibits; evaluate and determine issues re: same. | 3.2 |
| 06/16/15 | receipt and review of plaintiff's request for judicial notice in support of opposition to dismiss SAC. | .4 |
| 06/20/15 | prepare defendants' reply brief in support of motion to dismiss SAC; | 3.2 |
| 08/26/15 | receipt and review of order granting Mesriani Law Defendants is motion to dismiss second amended complaint with prejudice; telephone conference with client re: same. | 2.0 |
| **TOTAL ATTORNEY HOURS** | | **65.2** |