Yolanda A. Slaughter (State Bar No. 202610)
LAW OFFICES OF YOLANDA A. SLAUGHTER
5723 Melrose Avenue, Suite 250
Los Angeles, California 90038
Telephone: (424) 201-3679
Facsimile: (323) 962-3668

Attorney for MESRIANI & ASSOCIATIES
and RODNEY MESRIANI

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| KETAB CORP., a California Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> MESRIANI & ASSOCIATES, PC, AKA MESRIANI LAW GROUP, a California Corporation, RODNEY MESRIANI, an individual, SEYED ALI LIMONADI, aka ALI LIMONADI, an individual; STUDIO CINEGRAPHIC LOS ANGELES, dba IRTV; MELLI YELLOW PAGES, INC., and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 2:14-cv-07241-RSWL (MRW) <br><br> **DECLARATION OF BEN DAVIDSON IN SUPPORT OF MESRIANI LAW DEFENDANTS' MOTION FOR ATTORNEYS' FEES** <br><br> Hon. Ronald S. W. Lew <br><br> Date: October 13, 2015 <br> Time: 10:00 a.m. <br> Place: Courtroom 21, 5th Floor |

# DECLARATION OF BEN M. DAVIDSON

I, Ben Davidson, declare as follows.

1. I am an attorney duly licensed to practice in all of the State Courts in the State of California, and the United States District Court Central District of California and was one of the attorneys of record for Defendants Mesriani & Associates dba Mesriani Law Group and Rodney Mesriani (Mesriani Law Defendants) in this matter. I was one of the attorneys responsible for defending against Plaintiff Ketab Corp.'s claims against the Mesriani Law Defendants.

2. I am the principal of Davidson Law Group. I have personal knowledge of the facts set forth herein, and, if called upon as a witness, would and could competently testify thereto.

3. I make this Declaration in support of Mesriani Law Defendants' Notice of Motion and Motion for Attorneys' fees.

4. I am a member of the State Bar of California in good standing. I have been practicing law for over 20 years and have focused on patent, trademark and copyright litigation throughout my career. I was a Patent Examiner at the U.S. Patent & Trademark Office for four years before becoming an attorney in 1995. I was a partner at the international law firm Howrey LLP until 2012, when I established Davidson Law Group as a boutique firm focusing on patent, trademark and copyright litigation. At my new firm, I have continued to litigate trademark matters for both small companies and well-known brands including MEGA Brands, Inc. and RE/MAX. In 2012, I was co-lead trial counsel in a trademark infringement trial that resulted in a jury verdict of $8.6 million on behalf of my client Spin Master. In 2006, I was lead counsel and obtained summary judgment for a real estate company sued by the international law firm Milbank Tweed Hadley & McCloy for allegedly infringing the trademark "Milbank."

6. I am a member of the American Intellectual Property Lawyers Association ("AIPLA") and the American Bar Association.

7. As the principal of my law firm, I am familiar with the billing rates charged by Davidson Law Group. I maintained contemporaneous time records reflecting the time spent on this matter. I was the attorney at Davidson Law Group that held the responsibility for the day-to-day operations with respect to this case and was involved in this matter at the inception of this case.

8. All of the fees for which reimbursement is sought are based on records maintained by Davidson Law Group in its normal course of business. I have reviewed the time records recorded in this matter in my capacity as the principle of Davidson Law Group and the attorney responsible for the case management of this matter.

9. Based on my experience in practicing in Southern California, including Los Angeles County, and my familiarity with the attorneys billing rates in the community, the fees that were maintained by me and incurred for which Mesriani Law Defendants now seek reimbursement are appropriate and reasonable, and well within the prevailing rates in the Los Angeles County area for cases of this type and complexity during the relevant time period.

10. Attached to my Declaration as "Exhibit A" is a true and correct copy of my law firm's resume. My standard hourly rate was discounted in this matter from $590.00 to $450 per hour. I was assisted by another attorney who billed 3.2 hours at a discounted rate of $275.00. My paralegal's time was billed at an hourly rate of $125/hr.

11. I additionally discounted the fees billed by capping the fees billed at $10,000 per month for the motion practice in this case, even when the fees actually incurred far exceeded this amount. For example, the total fees for November 2014 were $16,312.50 but the fees charged to the client were capped at $10,000, resulting in a significant discount of $6,312.50. The discounted hourly rate of $450 used in this case, which was used for purposes of calculating lodestar, is significantly less than

3
DECLARATION OF BEN DAVIDSON IN SUPPORT OF MOTION FOR ATTORNEYS' FEES

hourly rates charged by partner level attorneys who have litigated intellectual property cases for twenty years.

12.　During the course of this litigation I expended 60.9 hours, which at my standard hourly rate of $590 would have been billed at $35,931.00. At the discounted hourly rate of $450 this amount of time would have been billed at $27,405.00. Because the fees in this case were capped for the first three months in this case, the total amount of attorney and paralegal fees charged by my firm was only $20,585: $10,000 for work done in October 2014, $10,000 for work done in November 2014, and $585 fees billed for work done in January 2015. All of the hours expended, and all of the hours billed, were necessary and the time spent was reasonable. The Court reviewed the work we presented in our motion to dismiss and granted the motion on February 6, 2015 (Dkt. 42). Some of the fees incurred in this case related to an ex parte application seeking additional time from the Court in which to answer the Complaint, which the Court also granted. (Dkt. 22.)

13.　Attached hereto as Exhibit B is a true and correct copy of my firm's invoices with detailed time entries for work performed in this matter. We have redacted certain time entries relating to privileged communications and confidential information.

　　　I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Los Angeles, California on this 9th day of September, 2015.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Ben Davidson