**EXHIBIT B**

## DAVIDSON LAW GROUP

Mr. Rodney Mesriani
November 17, 2014
Page 3

### TIMEKEEPER SUMMARY – October 2014

| Timekeeper (TK) | Hours | Rate | Amount |
|---|---|---|---|
| Ben Davidson (BMD) | 26.5 | $450.00 | $11,925.00 |
| Toni Gesin (TMG - paralegal) | 3.35 | $125.00 | $ 418.75 |
| | | Total: | $12,343.00 |

| Time | TK | Description | Hours |
|---|---|---|---|
| October 2 | BMD | Telecon Adli re lack of merit of plaintiff's case and walkaway offer, report to client re same (1.0); draft stipulation extending time by 15 days and review Adli changes (0.50). | 1.50 |
| October 3 | BMD | Confer with client re [redacted] settlement. (0.25) | 0.25 |
| | TMG | Emails re: Stipulation to Extend Time; Prepare Stipulation to Extend Time; emails re: revisions; revise Stipulation; emails to atty re: stipulation; emails re: Stipulation filed; calendar deadlines | 0.75 |
| October 4 | BMD | Telecon re [redacted] communication re settlement. | 0.25 |
| October 6 | BMD | Email [redacted] calls; review [redacted] | 0.50 |
| October 7 | BMD | Telecon re settlement. | 0.25 |
| October 8 | BMD | Leave message for Adli regarding settlement proposal from his client (0.10); speak with Adli regarding settlements (0.2); further settlement communications with Adli (0.5) speak with client re confirmation of settlement offer by Ketab (0.25); review Adli's email re purportedly improper client communication with Ketab and speak with [redacted] re same (0.50 – no charge to client); compose email to Adli re settlement proposal and, in consultation with client, draft response to same (1.0). | 2.05 |
| October 10 | BMD | Call to Adli (0.25); receive Adli's response to request for extension of time (0.25); work on ex parte application to extend time (3.0). | 3.5 |
| October 11 | BMD | Call with [redacted] (0.50); calls with Rodney Mesriani (1.0); research re [redacted] (1.0); call with [redacted] (0.35). | 2.85 |

DAVIDSON LAW GROUP

Mr. Rodney Mesriani
November 17, 2014
Page | 4

| Date | Atty | Description | Hours |
|---|---|---|---|
| October 12 | BMD | Communications with ▮▮▮▮ re strategy on ▮▮▮▮ (0.50); ex parte application to extend time and providing explanation of settlement history of this case, Davidson Declaration and exhibits providing parties' settlement correspondence, proposed order (3.75); revise memo re cease and desist letter based on ▮▮▮▮ (0.30); electronically file same. (0.35) | 4.4 |
| October 13 | BMD | Call with ▮▮▮▮ (0.50); call with ▮▮▮▮ (0.25); calls with Rodney Mesriani (1.0); communications with ▮▮▮▮ (0.50); revision to ex parte application in light of ▮▮▮▮ and discussions today (2.0); message to Adli (0.25); certificate of interested parties (0.25); filing of documents and supervise courtesy copy service (0.50) | 4.75 |
| | TMG | Review various emails re: extension of time to respond and proposed order and judge's chambers copies. | 0.25 |
| October 14 | TMG | ERRONEOUS TIME ENTRY REDACTED | 1.10 |
| October 15 | BMD | Review Judge Lew order granting ex parte application and forward to Mr. Mesriani (0.25). | 0.25 |
| | TMG | Emails re: Initial Disclosure and Objections/ telephone conference with Ben re: same; ERRONEOUS TIME ENTRY REDACTED | 0.50 |
| October 16 | TMG | Review of email and order re: extension to respond to complaint; update calendar and deadline | 0.25 |
| October 17 | BMD | Review ▮▮▮▮ (0.25); ▮▮▮▮ | 0.25 |
| October 18 | BMD | Legal research in support of motion to dismiss on 12(b)(6) and dilution issues, counterfeiting. (1.5) | 1.50 |

**DAVIDSON LAW GROUP**

Mr. Rodney Mesriani
November 17, 2014
P a g e | 5

| Date | Atty | Description | Hours |
|---|---|---|---|
| October 21 | BMD | Revisions to ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ (0.50) | 0.50 |
| October 22 | BMD | Review ▓▓▓▓ revision of answer and counterclaim per my requests and provide additional comments to ▓▓▓▓▓▓ ▓▓▓▓ (0.5). | 0.50 |
| October 25 | BMD | Look into Ketab marketing channels (0.25); research case law re protectability of telephone numbers as trademarks (0.50); research case law re applying Iqbal and Twombley cases to trademark infringement claims (1.0). | 1.75 |
| October 29 | BMD | Work on motion to dismiss. (2.0) | 2.0 |
|  | TMG | Review of email and Scheduling Order; Email to client re: Scheduling Order; calendar 0.25 | 0.25 |
| October 30 | BMD | Search for Iran almanac source ▓▓▓▓▓▓▓▓ (1.0 – no charge to client); speak with client and follow up with ▓▓▓▓ ▓▓▓▓ review his email re settlement. (0.50) | 0.50 |
| October 31 | BMD | Google scholar search re "08" and Iran; speak with UCLA librarians re search of UCLA library for Alamanac re Iran and "08" (0.50); Mr. Mesriani's associate re UCLA library request and identify documents needed (0.25). | 0.75 |
|  |  | **TOTAL** | **28.9** |

**DISBURSEMENTS OCTOBER 2014**

Lexis-Nexis charges     $50.05

DAVIDSON LAW GROUP

Mr. Rodney Mesriani
January 8, 2015
P a g e | 3

### TIMEKEEPER SUMMARY – November 2014

| Timekeeper (TK) | Hours | Rate | Amount |
|---|---|---|---|
| Ben Davidson | 33.1 | $450.00 | $14,895.00 |
| Toni Gesin (paralegal) | 4.3 | $125.00 | $537.50 |
| Blair Schlecter (attorney) | 3.2 | $275.00 | $880.00 |

Total Hours: 40.6                              Total Fees: $16,312.50

| Time | TK | Description | Hours |
|---|---|---|---|
| November 2, 2014 | Davidson | Continue to work on Memo of Points & Authorities in Support of Motion to dismiss. | 3.0 |
| November 3, 2014 | Davidson | Continue to work on Memo of Points & Authorities In Support of Motion To Dismiss. | 2.0 |
|  | Schlecter | Review Complaint and motion to dismiss for strategy; research judicial notice of translation documents on motion to dismiss. | 1.4 |
| November 4, 2014 | Davidson | Continue to work on motion to dismiss sections and legal research re same, including coordinate Blair Schecter work on section of brief. | 4.0 |
|  | Schlecter | Draft portion of motion to dismiss. | 1.8 |
| November 5, 2014 | Davidson | Review corrected translation from Morningside and use for draft brief (0.30); find additional case law support for motion to dismiss and supplement *Iqbal* discussion; revisions to introduction and other changes based on telecon. with Mr. Mesriani. (3.5) | 3.5 |
| November 7, 2014 | Davidson | Work on motion to dismiss, prepare request for judicial notice and legal research re same, draft declaration of Davidson, prepare proposed order for Judge Lew, revision of all papers. | 7.0 |
| November 7, 2014 | Gesin | Prepare and format documents for filing; prepare TOA and TOC; emails re: same; e-file documents; email proposed Order; burn CD for service two attorneys; prepare documents for mailing; e-file Request for Judicial Notice. | 4.0 |
| November 10, 2014 | Davidson | Call and email to ▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓ (0.25); review of motion to dismiss | 1.0 |

# DAVIDSON LAW GROUP

Mr. Rodney Mesriani
January 8, 2015
Page | 4

███████ review authorities cited re factual disputes overlap issue, and provide suggested edits ███████
███████████████████████████
██████ (1.0)

| Date | Attorney | Description | Hours |
|---|---|---|---|
| November 10, 2014 | Gesin | Calendar motion to dismiss and deadlines associated with it. | 0.30 |
| November 18, 2014 | Davidson | Read Ketab opposition to motion to dismiss and provide comments to client. | 0.50 |
| November 19, 2014 | Davidson | Speak with client re reply (0.10); research re case law cited by Ketab and establish that it has been overruled by Iqbal and Twombley or is distinguishable on the facts. (2.0) | 2.1 |
| November 22, 2014 | Davidson | Write reply in support of motion to dismiss Ketab's claims. | 3.0 |
| November 23, 2014 | Davidson | Write reply in support of motion to dismiss Ketab's claims. | 4.0 |
| November 25, 2014 | Davidson | Revise draft reply brief and file. | 3.0 |

## DISBURSEMENTS NOVEMBER 2014

Morningside Translations (Farsi advertisement for motion to dismiss):

$200.00 (Invoice T56008 attached)

First Legal Messenger Charges:

| 11/07/14 | Manual Filing | $92.25 |
|---|---|---|
| 11/10/14 | Courtesy Copies | $73.00 |
| 11/26/14 | Courtesy Copies | $20.50 |

Lexis-Nexis charges: $88.79

| TOTAL DISBURSEMENTS | $474.54 |
|---|---|

# DAVIDSON LAW GROUP

Mr. Rodney Mesriani
January 8, 2015
Page | 5

## TIMEKEEPER SUMMARY – December 2014

| Timekeeper (TK) | Hours | Rate | Amount |
|---|---|---|---|
| Ben Davidson | 1.05 | $450.00 | $472.50 |
| **Total Hours:** 1.05 | | **Total Fees:** | $472.50 |

| Date | TK | Description | Hours |
|---|---|---|---|
| December 5, 2014 | Davidson | Review court order taking motion off calendar and inform client. | 0.10 |
| December 22, 2014 | Davidson | Confer with Ketab's counsel and client re Rule 26(f) scheduling conference and stipulation to put off dates. (0.25) Write note to Reid Damann re stipulation. (0.10) | 0.35 |
| December 23, 2014 | Davidson | Read draft stipulation and advise Ketab's counsel re changes needed to same. (0.30) | 0.30 |
| December 30, 2014 | Gesin | Review emails re new scheduling conference; update calendar for conference and associated deadlines and reminders. | 0.30 |

DAVIDSON LAW GROUP

Mr. Rodney Mesriani
January 16, 2015
Page | 3

### TIMEKEEPER SUMMARY JANUARY 2015

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Ben Davidson | 1.30 | $450.00 | $585.00 |

### TIMEKEEPER DETAIL JANUARY 2015

| Date | | Description | Hours |
|---|---|---|---|
| January 8, 2015 | BMD | Review email from Ketab's counsel re Rule 26(f) report and proposed plan; respond by email; follow up call re asking Court for timing of decision to avoid having to file discovery plan; review email from Ketab's counsel to deputy clerk on behalf of all parties. | 0.50 |
| January 9, 2015 | BMD | Review draft Rule 26(f) report and discovery plan; conduct Rule 26(f) conference and discuss limitations on electronic discovery, scope of production, obligation to provide privilege logs from MLG, anticipated Rule 11 motion and suggest that Plaintiff try again to change scheduling conference date; speak with ▓▓▓▓▓ after our call regarding his ▓▓▓▓▓ scheduling conference. | 0.70 |
| January 11, 2015 | BMD | Email correspondence with Ketab re pushing back hearing date. | 0.10 |
| January 12, 2015 | .BMD | Review and approve stipulation to extend scheduling conference. | no charge |