UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 14-7241 RSWL (MRWx) | Date | November 30, 2015 |
| Title | Ketab Corp. v. Mesriani & Assoc., et al. | | |

Present: The Honorable   Michael R. Wilner

| Veronica McKamie | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff / Petitioner: | Attorneys Present for Defendant / Respondent: |
|---|---|
| None present | None present |

**Proceedings:**      ORDER TO SHOW CAUSE

Plaintiff filed a discovery motion that is not in the joint format mandated under the Local Rules. (Docket # 161.) The motion is accompanied by a statement that indicates that Defendants did not provide their portion of the joint motion before Plaintiff filed it in accordance with this Court's Local Rule 37-1. (Docket # 161-2 at 3.)

A party's failure to file a required document within a deadline set by local rule or to cooperate in the submission of a joint discovery motion "may be deemed consent to the granting [ ] of the motion." Local Rule 7-12. Therefore, Defendants are ORDERED TO SHOW CAUSE for the failure to comply with the joint filing process and to submit a substantive response to the discovery motion by December 9, at 3:00 p.m. If the Court does not receive any submission, the motion will be granted as unopposed under local rule without further proceedings.

**N.B.** The Court is aware that Plaintiff noticed the deposition at issue in this case several days before the discovery cut-off in this action, and filed the motion for a noticed hearing well after that date. The Court may well consider these facts in evaluating the relative merits of Plaintiff's litigation position. They will, however, have limited application to Defendants' refusal to comply with the Local Rules of this Court.