Robert K. Wrede, Esq.
1900 Avenue of the Stars, Suite 250
Los Angeles, California 90067

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ketab Corp<br><br>v.                      Plaintiff(s)<br><br>Mesriani Law Group, et al.<br><br>Defendant(s) | CASE NUMBER<br><br>2:14-cv-07241-RSWL-MRW<br><br>**MEDIATION REPORT** |

**_Instructions:_** *The mediator must file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator must file a subsequent Report.*

1. ☑ A mediation was held on (date): March 3, 2016.

   ☐ A mediation did not take place because the case settled before the session occurred.

2. The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:
   - ☑ Appeared as required by Civil L.R. 16-15.5(b).
   - ☐ Did not appear as required by Civil L.R. 16-15.5(b).
     - ☐ Plaintiff or plaintiff's representative failed to appear.
     - ☐ Defendant or defendant's representative failed to appear.
     - ☐ Other:

3. Did the case settle?
   - ☐ Yes, fully, on _____ (date).
   - ☐ Yes, partially, and further facilitated discussions are expected. *(See No. 4 below.)*
   - ☐ Yes, partially, and further facilitated discussions are **not** expected.
   - ☐ No, and further facilitated discussions are expected. *(See No. 4 below.)*
   - ☑ No, and further facilitated discussions are **not** expected.

4. If further facilitated discussions are expected, by what date will you check in with the parties?
   _____.

Dated: March 3, 2016

*Robert K. Wrede* (signature)
Signature of Mediator

Robert K. Wrede, Esq.
Name of Mediator (print)

The Mediator is to electronically file original document.

ADR-03 (01/14)      MEDIATION REPORT      Page 1 of 1