JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KETAB CORP., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MESRIANI LAW GROUP, a California Corporation, RODNEY MESRIANI, an individual, SEYED ALI LIMONADI, aka ALI LIMONADI, an individual; STUDIO CINEGRAPHIC LOS ANGELES, dba IRTV; MELLI YELLOW PAGES, INC., and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:14-cv-07241-RSWL (MRW)<br><br>**JUDGMENT**<br><br>Hon. Ronald S. W. Lew |

///
///
///

**JUDGMENT**

On January 29, 2016, the Court dismissed Plaintiff Ketab Corp.'s claims for trademark dilution, contributory trademark infringement, vicarious trademark infringement, breach of contract, and intentional and negligent interference with economic relations against Defendants Melli Yellow Pages, Studio Cinegraphic Los Angeles, and Ali Limonadi (collectively "Melli Defendants").  ECF 191.

On May 3, 2016, the matter came for a bench trial on Plaintiff's remaining claims of trademark infringement, counterfeiting, and unfair competition.  At the close of Plaintiff's case, the Court granted Melli Defendants' motion for judgment as a matter of law on Plaintiff's remaining claims, construing the motion under Federal Rule of Civil Procedure 52(c) for judgment based on partial findings in a bench trial. ECF 289.  It is therefore ORDERED, ADJUDGED, and DECREED that:

(1) Melli Defendants have not infringed Plaintiff's Registration No. 3,271,704 (the "08" mark).

(2) Plaintiff's claimed mark "Yellow Page-e Iranian" is not protectable as a trademark because it is generic or a merely descriptive mark that has not acquired secondary meaning.

(3) Plaintiff's claimed mark "Markaz-e Etelaate Iranian" and its translation "Iranian Information Center" are not protectable as trademarks because they are generic.

(4) Defendants are entitled to judgment on each of Plaintiff's federal and state law claims for infringement and unfair competition based on alleged use of the "08" mark, "Yellow Page-e Iranian," Markaz-e Etelaate Iranian" and "Iranian Information Center."

Melli Defendants may apply for costs and reasonable attorneys' fees pursuant to Local Civil Rule 54 and Rule 54 of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

DATED: 05/31/2016            s/ RONALD S.W. LEW
                             HONORABLE RONALD S.W. LEW
                             Senior U.S. District Judge